11/3/15

Court of Criminal Appeals of Texas
PO Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta. Clerk

Tr. Ct. No. F12-70535-I
COA Case No. 05-14-00420-CR

Re: PDR for Danny Ray Templeton

Dear Clerk:

 I recieved a notice of extension to file a PDR dated 9/4/14 the notice extended the date until Monday, October 27, 2014. I would like to know if a PDR was ever filed on this cause, if so, on what day. Further, could you inform me if that PDR was granted or denied and on what date. Lastly, could you tell me if my case appears on your system to be active or inactive/closed.

 Your time and assistance is greatly appreciated in this matter.

Sincerely,

Danny Templeton

Danny Ray Templeton
TDC # 1917256
Tulia Unit
4000 Hwy 86 West
Tulia, TX 79088

CC: File